JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY P. BILLER, | NO. CV 05-01597 SJO (PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE PETER RODGERS ORGANIZATION LTD., et al., | |
| Defendants. | |

The Court of Appeals having remanded this action with instructions,

IT IS ORDERED AND ADJUDGED that Plaintiff Gary P. Biller shall have and recover from Defendant The Peter Rodgers Organization Ltd. the sum of $36,614, which sum has been fully satisfied; and from Defendant Maljack Productions, Inc., also known as MPI Media Group, the sum of $907,312, with interest thereon from and after August 31, 2006, the date of entry of this Court's initial Judgment, plus Plaintiff's costs on appeal.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants, and each of them and their respective officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise, are permanently enjoined from (1) copying or otherwise reproducing Plaintiff's motion picture titled *Richard Pryor Live In Concert* and/or any parts thereof; (2) preparing derivative works based upon said copyrighted work and/or any parts thereof; (3) distributing to the public, by sale

1  or other transfer of ownership, or by rental, lease or lending, images or tangible objects that are
2  substantially similar to said copyrighted work and/or any parts thereof; and/or (4) authorizing
3  others to do any of the above acts.
4      IT IS SO ADJUDGED.
5  Dated this 18th day of August, 2008.

                                / S /
                        S. JAMES OTERO
                UNITED STATES DISTRICT JUDGE