Craig M. White, *admitted Pro Hac Vice*
John J. Arado, *admitted Pro Hac Vice*
Peter N. Moore, *admitted Pro Hac Vice*
WILDMAN HARROLD ALLEN & DIXON LLP
225 West Wacker Drive Suite 3000
Chicago, IL 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

Dominique R. Shelton, sbn 157710
WILDMAN HARROLD ALLEN & DIXON LLP
9665 Wilshire Blvd Suite 200
Beverly Hills, CA 90212
Telephone: (310) 860-8700

*Attorney for Defendant, Maljack Productions, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY P. BILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE PETER RODGERS ORGANIZATION, LTD., a California corporation, MALJACK PRODUCTIONS, INC., an Illinois corporation doing business as MPI Media Group, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. CV 05 1597 SJO (PLAx)<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION TO ALTER OR AMEND JUDGMENT<br><br>Date: September 22, 2008<br>Time: 10:00 AM<br>Place: Courtroom of the Honorable S. James Otero, United States District Judge |
| AND THIRD PARTY ACTIONS | |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on September 22, 2008, at 10:00 AM, or as soon thereafter as counsel may be heard, Defendant, Maljack Productions, Inc. ("MPI") will move this Court, the Honorable James S. Otero, United States District Judge, presiding, to alter or amend its judgment dated August 18, 2008, pursuant to Fed.R.Civ.P. 59(e).

This Motion is brought on the ground that assessing post-judgment interest on the entire judgment beginning August 31, 2006, the date of the original judgment vacated by the United States Court of Appeals for the Ninth Circuit, as Plaintiff has asserted should be done, as opposed to beginning on the date of judgment on remand, is contrary to this circuit's clear precedent and, moreover, was neither explicitly requested by Plaintiff, Gary P. Biller ("Biller") nor briefed by the parties for the purpose of his Motion for Entry of Judgment Following Appeal.

This Motion is also brought on the additional ground that direct evidence of deductible expenses, namely invoices totaling $108,446.81, has been presented to the Court and provides an additional basis for reducing the judgment independent of MPI's previous request for a new trial. Its consideration is not precluded by the Court of Appeals' mandate, and failure to account for these undisputed expenses is a manifest injustice which is within the Court's discretion to correct.

For these reasons, as more fully discussed in the accompanying Memorandum of Points and Authorities, MPI prays this Honorable Court alter or amend the judgment entered August 18, 2008, in accordance with the Proposed Judgment attached hereto.

This Motion is brought following MPI's counsel's notice to Biller's counsel of the basis for the Motion and MPI's attempt to obtain the agreement of Biller's counsel, who advised that he would not consent to any portion of the relief sought.

Respectfully submitted,

Dated: August 28, 2008

WILDMAN, HARROLD, ALLEN & DIXON

By: /s/
Peter N. Moore

*One of the attorneys for Defendant, Maljack Productions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2008, he caused to be filed the attached DEFENDANT'S NOTICE OF MOTION AND MOTION TO ALTER OR AMEND JUDGMENT using the Court's Electronic Case Filing system and that notice of such filing has thereby been electronically mailed to the following:

Peter J. Anderson (pja@pjanderson.com)
*Attorney for Plaintiff, Gary P. Biller*

Craig M. White (white@wildman.com)
Dominique R. Shelton (dshelton@wildman.com)
Peter N. Moore (pmoore@wildman.com)
Joseph F. Hart (joe@josephfhart.com)
*Attorneys for Defendant, Maljack Productions, Inc.*

/s/
Peter N. Moore

*One of the attorneys for Defendant, Maljack Productions, Inc.*